UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: EILEEN PIERSON

Case No.: 19-27433-RG
Chapter: 7
Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

__David Wolff__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __December 17, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 7 Akron Way, Hopatcong, New Jersey
Value: $303,742.00
(Debtor has 50% interest)

Liens on property:
Quicken Loans
$243,000.00

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-27433-RG
Eileen Pierson                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2         Date Rcvd: Nov 19, 2019
                            Form ID: pdf905       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
```
db             +Eileen Pierson,    56 New England Drive,    Lake Hiawatha, NJ 07034-2027
518455151      +Ambulatory Anesthesia Physician,    PO Box 48180,    Newark, NJ 07101-8380
518455152       American Express,    ATTN: Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
518455153     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
518455154      +Citizens Bank/FM,    121 S. 13th Street,    Lincoln, NE 68508-1904
518455155      +ExxonMobil,    PO Box 6404,    Sioux Falls, SD 57117-6404
518455150     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:    5th Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45263)
518455157       Jersey Central Power & Light,    76 S. Main St., A-RPC,    Akron, OH 44308-1890
518455158      +Joseph Sysko, III,    7 Akron Way,    Hopatcong, NJ 07843-1713
518455162      +Pathology Solutions LLC,    8085 Rivers Ave #100,    N. Charleston, SC 29406-9239
518455163      +Petro Home Services,    15 Richboynton Avenue,    Dover, NJ 07801-2649
518455165       Saint Clare's Hospital,    PO Box 536598,    Pittsburgh, PA 15253-5907
518455167       Vital Medical Forces of Denville,    PO Box 37,    Denville, NJ 07834-0037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 00:14:00     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 00:13:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 00:21:37
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518455156       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 20 2019 00:14:37
                 Hyundai Motor Finance,    PO Box 20829,    Fountain Valley, CA 92728-0829
518455159       E-mail/Text: bncnotices@becket-lee.com Nov 20 2019 00:13:17      Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
518455160       E-mail/Text: electronicbkydocs@nelnet.net Nov 20 2019 00:14:02     Nelnet Loans,    PO Box 82561,
                 Lincoln, NE 68501-2561
518455161       E-mail/Text: bcwrtoff@cablevision.com Nov 20 2019 00:14:40     Optimum,    1111 Stewart Avenue,
                 Bethpage, NY 11714-3581
518455164      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 20 2019 00:14:20      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
518455166       E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 00:21:36     Synchrony Bank,
                 ATTN:  Bankruptcy Dept.,    PO Box 965064,    Orlando, FL 32896-5064
518457262      +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 00:21:36     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
```
          Andrew T. Shaw    on behalf of Debtor Eileen  Pierson andrewtukeshaw@hotmail.com
          David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 19, 2019
                              Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                TOTAL: 4